```
Jacquelyne M. Nguyen, Bar no. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, SUITE "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416


Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff(s),<br>　vs.<br><br>COREY D. ABERNATHY,<br><br>　　　　　Defendant(s). | CASE NUMBER<br><br>5:14-cv-2460<br><br>NOTICE OF DISMISSAL BY PLAINTIFF<br>　RULE 41 (a) (1) F.R. Civ.P. |
|---|---|

PLEASE TAKE NOTICE:

- [X] This action is dismissed by the Plaintiff(s) in its entirety.
- [ ] The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant (s) in its entirety.
- [ ] The Cross-Claim brought by Claimant(s) _____ is dismissed by Claimant (s) in its entirety.
- [ ] The Third-party Claim brought by Claimant(s) _____ is dismissed by Claimant (s) in its entirety.
- [ ] ONLY Defendant(s) _____ is (are) dismissed from (circle one) Complaint, Counterclaim, Cross-claim, Third-Party Claim brought by _____.

The dismissed is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

DATED: March 3, 2015

　　　　　　　　　　　　　　　　　　/S/ JACQUELYNE M. NGUYEN
　　　　　　　　　　　　　　　　　　　JACQUELYNE M. NGUYEN
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

NOTE: THIS NOTICE MAY BE FILLED AT ANY TIME BEFORE SERVICE  BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

CV-9 (7/01)　　　NOTICE OF DISMISSAL PURSUANT TO F.R. Civ. P. 41 (a) or (c)

**PROOF OF SERVICE BY MAILING**

I, George Martinovich, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2900 Bristol Street, Suite "A-208", Costa Mesa, CA 92626.

On March 3, 2015, I served a copy of the Notice of Dismissal by Plaintiff, on the interested parties named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

    Corey D. Abernathy
    XXX
    Sun City, CA

Date of mailing: March 3, 2015; Place of Mailing: Costa Mesa, California. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully pre-paid.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on Tuesday, March 03, 2015, at Costa Mesa, California.

                                          <u>George Martinovich</u>
                                          George Martinovich